UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. CARROLL

    Plaintiff,

v.                                             Case No. 13-15281
                                                   Hon. Lawrence P. Zatkoff

OAKLAND COUNTY POLICE
DEPARTMENT, *et al.*,

    Defendants.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt. 35], in which the Magistrate Judge recommends that the Court grant Defendant Blue Cross Blue Shield of Michigan's Motion to Dismiss [dkt. 25]. No objections were filed to the Magistrate Judge's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

    The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

    Accordingly, IT IS HEREBY ORDERED that Defendant Blue Cross Blue Shield of Michigan's Motion to Dismiss [dkt. 25] is GRANTED.

    IT IS SO ORDERED.

                                                     s/Lawrence P. Zatkoff
                                                     HON. LAWRENCE P. ZATKOFF
Date:  August 26, 2014                            U.S. DISTRICT JUDGE